**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| SEARS HOLDING CORPORATION, et al., | Bk. No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| | Chapter 11 |
| Kmart Holding Corporation and Sears, Roebuck and Co., | Adv No. 20-06394 |
| Plaintiff, | WPBC 22-0034 |
| vs. | |
| Multi-Link Apparel (Jiangyin) Corp., Defendant. | |

**NOTICE OF APPEARANCE,**
**NOTICE OF ASSIGNMENT OF JUDGMENT TO SLFAQ SRZ LLC**

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Fed. R. Bankr. P. 7069, third party SLFAQ SRZ LLC, judgment assignee in the instant matter (hereinafter "SLFAQ SRZ" or "Judgment Assignee"), gives notice to defendant and judgment debtor Aceves Roofing Services, Inc. (the "Judgment Debtor"), and other notice parties, as follows:

1. On October 15, 2018, Sears Holdings Corporation and 49 of its debtor affiliates, as debtors and debtors in possession in the above-captioned main chapter 11 cases (collectively, the "Liquidating Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").;

2. The Liquidating Debtors' chapter 11 cases were jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy

1

Procedure under the caption Sears Holdings Corporation., et al., Case No. 18-23538 (RDD) (S.D.N.Y.), (the "Bankruptcy Case");

3.     On October 31, 2022, the Liquidating Debtors filed the *Notice of the Occurrence of Effective Date* [Bankruptcy Case, ECF No. 10693], occurring October 29 2022 (the "Plan Effective Date") and on January 11, 2023, the Bankruptcy Court entered the *Order (I) Entering Final Decree Closing Certain of the Chapter 11 Cases and (II) Granting Related Relief* [Bankruptcy Case, ECF No. 10776];

4.     As of the Plan Effective Date, the M3 Advisory Partners, LP, was appointed to serve as Liquidating Trustee pursuant to the Liquidating Debtor's bankruptcy plan (the "Liquidating Trustee");

5.     The Liquidating Trustee is vested with the rights that the Liquidating Debtors and their estates have to certain judgments entered in adversary proceedings, which remain either completely or partially unsatisfied, including the judgment entered in favor of the plaintiff the instant proceeding;

6.     Pursuant to a certain *Asset Purchase Agreement*, the Liquidating Trustee has assigned its rights to those certain unsatisfied judgments to SLFAQ SRZ LLC by executing an *Assignment of Judgments* instrument, dated December 16, 2025, a copy of which is attached hereto as **Exhibit 1** (the "Assignment").    The list of assigned judgments is detailed in the Exhibit A attached thereto (the "Assigned Judgments").

7.     On August 5, 2022, a default judgment (the "Judgment") was entered in the instant action in favor of one of the Liquidating Debtors, plaintiff and judgment creditor herein, and against the Judgment Debtor in the principal amount of $156,310.78.  The instant Judgment is among the Assigned Judgments.

2

8.   The name and address of the Liquidating Trustee, successor in rights to the plaintiff herein, and now judgment creditor, is:

SRZ Liquidating Trust
c/o M-III Partners, LP
1700 Broadway,
19th Floor
New York, NY 10019

9.   Upon information and belief, the name and last known address of the Judgment Debtor is:

Multi-Link Apparel (Jiangyin) Corp.
8 Huagang West Road
Western Economic Development Zone
Jiangyin City, Jiangsu
China

10.   The address of the Judgment Assignee is:

SLFAQ SRZ LLC
c/o Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, New York 10583

11.   As such, pursuant to the Assignment, as of December 16, 2025, the Liquidating Trustee, legal successor to the judgment creditor, has sold, transferred, assigned and conveyed all right, title and interest in and to the Judgment and any and all other rights Liquidating Trustee might have to said Judgment to Judgment Assignee SLFAQ SRZ LLC.

###

3

Respectfully submitted,

Scarsdale, New York
February 20, 2026

**SARACHEK LAW FIRM**

*/s/ Zachary E. Mazur*
Zachary E. Mazur, Esq.
670 White Plains Road, Penthouse Suite
Scarsdale, NY 10583
Telephone: 646 519-4396
Email: zachary@saracheklawfirm.com
*Attorneys for SLFAQ SRZ LLC, Judgment Assignee*

## CERTIFICATE OF SERVICE

I certify that on February 20, 2026, a copy of the foregoing *NOTICE OF APPEARANCE, NOTICE OFASSIGNMENT OF JUDGMENT TO SLFAQ SRZ LLC* (the "Notice"), with exhibit(s), was filed electronically and served by mail on:

>   Multi-Link Apparel (Jiangyin) Corp.
>   8 Huagang West Road
>   Western Economic Development Zone
>   Jiangyin City, Jiangsu
>   China

Parties may also access the filings through the Court's CM/ECF system.

**SARACHEK LAW FIRM**


*/s/ Zachary E. Mazur*
Zachary E. Mazur, Esq.  ct 31851
670 White Plains Road #PH
Scarsdale, New York 10583

*Attorneys to Judgment Assignee SLFAQ SRZ LLC*

5