## <u>Exhibit 1</u>

Assignment

## ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**SRZ LIQUIDATING TRUST** (the "SRZ LIQUIDATING TRUST"), having a business address at 1700 Broadway, 19th Floor, New York, NY 10019 (the "LIQUIDATING TRUSTEE" OR "ASSIGNOR"), and as legal successor to the Sears Holdings Corporation and its related debtors in bankruptcy,[1] and pursuant to that certain Asset Purchase Agreement, dated as of December 5, 2025 ("APA") (the "Assignment Date"), with and between assignee **SLFAQ SRZ, LLC,** a limited liability company organized under the laws of the State of Delaware having a business address of 670 White Plains Road, Penthouse, Scarsdale, New York 10583 ("**Assignee**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered by the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the legal successor to the original judgment creditor for each of the Judgments; iii) as of the assignment date, no credits or payments of any kind have been received on any of the Judgments, nor release or satisfaction given thereon; iv) the last know address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

---

[1] In re Sears Holdings Corporation, Case No. 18-23538, Bankr. S.D.N.Y; with related debtors Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: _____

SRZ LIQUIDATING TRUST, *Assignor*

By: _____

Brian Griffith,
Authorized Representative

STATE OF NEW YORK          )
                                                    ss:
COUNTY OF NEW YORK      )

On the _16th_ day of December, 2025, before me personally came Brian Griffith, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

_____
Notary Public

CHARLES H. F. GARNER
NOTARY
NO. 02GA6272565
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
11/19/26
PUBLIC
STATE OF NEW YORK

Exhibit A

| Judgement Debtor | Case No. | Judgement Amount | Firm |
|---|---|---|---|
| 361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd. | 20-08988 | 18,062 | ASK |
| Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers | 19-08461 | 32,815 | ASK |
| Ability Maintenance, Inc. | 20-08211 | 19,167 | ASK |
| Aceves Roofing Services, Inc. | 20-08212 | 38,731 | ASK |
| Adsemble Inc. | 20-06101 | 286,850 | Katten/Stretto |
| Alex Toys LLC | 20-08954 | 16,220 | Katten/Stretto |
| Alliance Wholesale Corp. | 20-08992 | 16,933 | ASK |
| Alterra Tools, Ltd. | 20-06302 | 194,430 | ASK |
| American Door And Dock Inc. | 20-08859 | 13,527 | Katten/Stretto |
| American Health Kennels, Inc. | 20-08590 | 21,460 | Katten/Stretto |
| Archer Air Conditioning Service Company | 19-08329 | 21,646 | ASK |
| ASPAC Distributors Inc. | 20-08595 | 18,772 | Katten/Stretto |
| Baggs Landscaping & Maintenance Inc. | 20-08597 | 13,345 | Katten/Stretto |
| Beijing Upspirit Co., Ltd. | 20-06432 | 101,141 | Katten/Stretto |
| Best Paramount International Ltd. | 20-06372 | 3,318,188 | ASK |
| Bicycle Doctor of Broward, Inc. | 19-08346 | 29,285 | ASK |
| Blue Star Fashion NY Inc. | 20-06117 | 839,299 | Katten/Stretto |
| Brendan Goldman, Inc. dba Corporate Resources Inc | 20-08276 | 211,250 | ASK |
| Brightedge Technologies Inc. | 20-08604 | 20,790 | Katten/Stretto |
| C & L Industrial Limited | 20-06309 | 37,384 | ASK |
| C & M Landscape & Design Inc. | 20-08612 | 18,765 | Katten/Stretto |
| Centra Marketing & Communications LLC, Dba Centra360 | 20-06969 | 45,375 | Katten/Stretto |
| Central Arizona Supply, Inc. | 20-08864 | 23,864 | Katten/Stretto |
| ChangShu Rayee Import & Export Co., LTD | 20-06374 | 187,001 | ASK |
| Christmas Creative Company Ltd. | 20-06438 | 112,553 | Katten/Stretto |
| Christopher Volny | 20-08626 | 24,615 | Katten/Stretto |
| Colecciones De Santa HK Ltd | 20-06914 | 1,331,626 | Katten/Stretto |
| Coqui Net | 20-06127 | 124,268 | Katten/Stretto |
| Coral Way Associates Ltd. | 20-08635 | 21,420 | Katten/Stretto |
| Cosmos Distributing Company LTD | 20-06311 | 329,258 | ASK |
| Counter - vation Inc. | 20-08324 | 39,930 | ASK |
| Countrywide Pipe Restoration, LLC | 20-08327 | 147,500 | ASK |
| Cristalia Acquisition Corp. | 20-06130 | 141,479 | Katten/Stretto |
| Custom Air Services, Inc. | 20-08336 | 19,720 | ASK |
| Custom Lawn Service Inc. | 19-08505 | 19,305 | Katten/Stretto |
| Dalessio Group, Inc. | 19-08402 | 37,412 | ASK |
| DAS, LLC | 19-08406 | 22,350 | ASK |
| Deel and Carter Heat and Air "LLC" | 20-08351 | 23,003 | ASK |
| Dimar USA, Inc. fdba DCT (Special Projects) Inc. | 20-08355 | 106,174 | ASK |
| Distribution Integrated Services, LLC | 20-08216 | 25,865 | ASK |
| Dominion Mechanical Contractors, Inc. | 19-08356 | 55,426 | ASK |
| Dongguan Haoyun Shoes Ltd. | 20-06379 | 280,452 | ASK |
| Dragon Eyes HK Ltd | 20-06917 | 106,910 | Katten/Stretto |
| Duraflame Inc. | 19-08614 | 16,096 | Katten/Stretto |
| E.J.D. Enterprises, Inc. dba Empire Distributors | 19-08360 | 52,984 | ASK |
| ECS Global Inc. | 20-06442 | 70,025 | Katten/Stretto |
| Edealszone, Inc. | 20-08238 | 100,902 | ASK |
| Electroline Wholesale Electronics | 20-06135 | 467,021 | Katten/Stretto |
| Endeavor Tool Company LLC | 20-08659 | 18,202 | Katten/Stretto |
| Ethan Conrad | 20-06137 | 63,324 | Katten/Stretto |
| Ex-Cell Home Fashions, Inc. | 19-08387 | 97,212 | ASK |

| Judgement Debtor | Case No. | Judgement Amount | Firm |
|---|---|---|---|
| F & P Mechanical | 20-08966 | 13,928 | Katten/Stretto |
| Fashion Accents LLC | 19-08511 | 67,551 | Katten/Stretto |
| Fibrix, LLC | 20-06140 | 59,868 | Katten/Stretto |
| Fisher Unitech, LLC | 20-08297 | 14,928 | ASK |
| Fridge and Appliance Corp. DBA Refrigeration and Appliances Corp. | 20-06143 | 193,032 | Katten/Stretto |
| Fusion Accessories Group Limited | 20-06383 | 66,214 | ASK |
| Gaia Group USA, LLC | 20-09001 | 21,631 | ASK |
| Garcia Family Enterprises, LLC | 20-08310 | 98,650 | ASK |
| General Lion Footwear (Int'l) Ltd. | 20-06385 | 782,690 | ASK |
| GMG HVAC Inc. | 20-08677 | 14,347 | Katten/Stretto |
| Goscha Enterprises, L.L.C. | 20-08874 | 17,217 | Katten/Stretto |
| Grand Luck Fujian Footwear Co., Ltd. | 20-06552 | 591,693 | ASK |
| Harmony Enterprises Inc. | 19-08569 | 23,813 | Katten/Stretto |
| Harvest Sail International Limited | 20-06387 | 684,752 | ASK |
| Hauck (Hong Kong) Limited | 20-06926 | 353,412 | Katten/Stretto |
| Hawaiian Host, Inc. dba Hawaiian Host Chocolates Inc. | 19-08443 | 28,681 | ASK |
| Herbert Goldstein | 20-08968 | 13,057 | Katten/Stretto |
| Holdsun Group Ltd. | 20-06601 | 1,056,222 | ASK |
| HongKong Best Source Group Ltd. | 20-06322 | 1,232,026 | ASK |
| HSM (Far East) Co Limited | 20-06472 | 3,245,381 | Katten/Stretto |
| Icee USA | 20-06160 | 102,848 | Katten/Stretto |
| Ideal Floorcovering LLC | 20-08691 | 14,234 | Katten/Stretto |
| Ideal Marble, Inc. | 20-08692 | 18,044 | Katten/Stretto |
| Integrity Home Service Corp. | 20-06163 | 115,637 | Katten/Stretto |
| Inter County Mechanical Corp. | 19-08573 | 18,363 | Katten/Stretto |
| Iolani Sportswear Limited | 20-08698 | 12,930 | Katten/Stretto |
| Ischolar, Inc. | 20-08386 | 789,443 | ASK |
| Island Wines & Spirits | 20-06166 | 49,736 | Katten/Stretto |
| J & L Installs, LLC | 20-08387 | 113,479 | ASK |
| JC Toys Asia Limited | 20-06473 | 382,977 | Katten/Stretto |
| Jeffrey Allen Oliphant dba All American Tree & Lawn | 20-08390 | 16,480 | ASK |
| Jose Rivera Mandes Ingenieria, P.S.C. | 20-08885 | 17,531 | Katten/Stretto |
| Jump Design Group Inc. | 20-06168 | 117,040 | Katten/Stretto |
| KC Pharmaceuticals, Inc. | 20-08393 | 13,964 | ASK |
| Klamco Ent, Dba Klamco Ent. | 20-06712 | 67,356 | Katten/Stretto |
| KMR Print, Inc. | 20-08397 | 15,360 | ASK |
| L 3 Sales And Sourcing Inc. | 20-06172 | 139,482 | Katten/Stretto |
| Larry Methvin Installation Inc. | 20-08725 | 13,227 | Katten/Stretto |
| LIC Limited | 20-06329 | 1,018,721 | ASK |
| Luxe Media Group LLC | 20-08730 | 19,985 | Katten/Stretto |
| Made4U Studio, LLC | 20-06177 | 196,926 | Katten/Stretto |
| McLane Manufacturing, Inc. | 20-08415 | 143,752 | ASK |
| Mechanics Time Savers, Inc. | 20-08418 | 25,610 | ASK |
| Melo Construction NW LLC | 20-08422 | 24,972 | ASK |
| Metro Plumbing | 20-08973 | 20,822 | Katten/Stretto |
| Micheal A. Simmonds, Co. | 20-08892 | 16,761 | Katten/Stretto |
| Monogram Creative Group Inc. | 20-06734 | 1,635,885 | Katten/Stretto |
| Morales Distributors Inc. | 20-08428 | 16,976 | ASK |
| Morgan John Spake dba A Good Company aka AGC | 20-08429 | 18,641 | ASK |
| Mr. Hawaii Inc. | 19-08523 | 24,359 | Katten/Stretto |
| Msg Services Corporation | 20-06184 | 41,527 | Katten/Stretto |

| Judgement Debtor | Case No. | Judgement Amount | Firm |
|---|---|---|---|
| MSM Outdoor, LLC | 19-08330 | 54,526 | ASK |
| Multi-Link Apparel (Jiangyin) Corp. | 20-06394 | 155,693 | ASK |
| Nanjing Sanic Trading Co., Ltd. | 20-06395 | 1,361,472 | ASK |
| Neopost | 20-08977 | 20,000 | Katten/Stretto |
| New Pioneer Industrial | 20-06454 | 109,091 | Katten/Stretto |
| Newman Services, Inc. | 20-08438 | 26,935 | ASK |
| News Times | 19-08686 | 18,886 | Katten/Stretto |
| NIN Group, Inc. | 19-08337 | 28,342 | ASK |
| Nine Ink LLC | 20-06807 | 401,514 | Katten/Stretto |
| Original Gourmet Food Company, LLC | 20-08446 | 39,462 | ASK |
| Pioneer VNS Inc. | 20-06809 | 177,754 | Katten/Stretto |
| PlayMonster LLC | 19-08350 | 23,390 | ASK |
| Preferred Display, Inc. | 19-08352 | 32,140 | ASK |
| Pro Installs Appliance Installations | 20-06199 | 226,187 | Katten/Stretto |
| PROTECH Delivery & Assembly | 20-08466 | 38,988 | ASK |
| PTI Group Inc. | 20-06457 | 54,800 | Katten/Stretto |
| Pulselearning Ltd. | 20-06824 | 32,850 | Katten/Stretto |
| Quality For Sale Advertising Distributing Corporation, Dba Quality for Sale | 20-06825 | 74,765 | Katten/Stretto |
| Reedy Maintenance and Repairs LLC | 19-08624 | 51,870 | Katten/Stretto |
| Republic National Distributor Co. LLC | 20-08773 | 12,985 | Katten/Stretto |
| Sanitary Trashmoval Services Inc. | 20-08983 | 14,685 | Katten/Stretto |
| Shanghai East Best Foreign Trade Co. Ltd. | 20-06341 | 26,362 | ASK |
| Shanghai Giston Garment Company Co., Ltd. | 20-06407 | 533,302 | ASK |
| Shanghai Nex-T International Co. Ltd. | 20-06342 | 137,737 | ASK |
| Shi Yi Footwear Mfg Factory | 20-06477 | 896,101 | Katten/Stretto |
| Shin Crest Pte., Ltd. | 20-09011 | 16,886 | ASK |
| Silver Buffalo LLC | 20-06766 | 44,453 | Katten/Stretto |
| Skagit Horticulture LLC | 19-08396 | 49,079 | ASK |
| Smart Zone (HK) Limited | 20-09012 | 22,745 | ASK |
| Snowden Brothers LLC | 20-06411 | 72,092 | ASK |
| Solideo Corp. | 20-06462 | 262,553 | Katten/Stretto |
| Steven Rockwell Sanders, LLC dba S R Sanders LLC | 19-08408 | 44,503 | ASK |
| Stone & Beyond, Inc. | 20-08517 | 77,939 | ASK |
| Strong Progress Garment Factory Co., Ltd. | 20-06614 | 5,691,573 | ASK |
| Styletex Limited | 20-06960 | 355,317 | Katten/Stretto |
| Sumxing Co., Ltd. | 20-09013 | 21,865 | ASK |
| Sunny Jet Textiles Co., Ltd. | 20-06347 | 74,559 | ASK |
| Suzhou Hiwel Textile Co., Ltd. | 20-06412 | 68,019 | ASK |
| Suzhou Newlook Import and Export Co. Ltd. | 20-06413 | 633,203 | ASK |
| Swim 'N' Play, Inc. | 20-08523 | 15,730 | ASK |
| Tanya Creations, LLC | 20-06350 | 599,866 | ASK |
| The Family Stone, LLC | 20-06352 | 212,748 | ASK |
| The Madden Corporation | 19-08425 | 19,271 | ASK |
| Thief River Falls Times, Inc. | 20-08936 | 15,684 | Katten/Stretto |
| Three Stars Fashion | 20-06418 | 930,806 | ASK |
| TJ Tianxing Kesheng Lthr Prod Co Ltd | 20-06479 | 3,162,774 | Katten/Stretto |
| Touchstorm LLC | 20-06775 | 40,833 | Katten/Stretto |
| Tri-Coastal Design Services, LLC | 20-06089 | 233,005 | ASK |
| Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group | 20-06356 | 66,096 | ASK |
| Trixxi Clothing Company Inc. | 20-06226 | $185,419 | Katten/Stretto |
| True Jade Company Limited | 20-06357 | 55,080 | ASK |

Exhibit A

| Judgement Debtor | Case No. | Judgement Amount | Firm |
|---|---|---|---|
| Unitex Incorporado | 19-08484 | 60,674 | ASK |
| Universal Apparel Inc. | 19-08450 | 79,663 | ASK |
| Universal Building Services dba UBS | 19-08452 | 31,513 | ASK |
| US Neighbors Construction Inc. | 19-08455 | 35,400 | ASK |
| Vasen International Limited | 20-06359 | 35,675 | ASK |
| Ventura TV Video Appliance Center Inc. | 20-08833 | 21,456 | Katten/Stretto |
| Veronica Landaverde LLC | 20-06233 | 560,704 | Katten/Stretto |
| Viniteck International Inc. | 20-08836 | 22,576 | Katten/Stretto |
| Vinson Advertising | 20-08938 | 18,570 | Katten/Stretto |
| White Mark Universal Inc. | 19-08485 | 17,875 | ASK |
| William R. Farnell | 20-08558 | 15,938 | ASK |
| William R. Meixner & Sons | 20-08559 | 114,030 | ASK |
| William Robin Palmer | 20-08560 | 15,324 | ASK |
| WNR Industries Ltd. | 20-06605 | 48,986 | ASK |
| WTS Contracting Corp. | 19-08639 | 82,681 | Katten/Stretto |
| Xiamen Golden Textile Imp & Exp | 20-06967 | 4,073,122 | Katten/Stretto |
| Xiamen Luxinjia Import & Export Co. Ltd. | 20-06092 | 2,912,463 | ASK |
| Xiamen Sunchoose Imp and Exp Co Ltd | 20-06481 | 166,776 | Katten/Stretto |
| Zhuhai Shichang Metals Ltd. | 20-06365 | 132,567 | ASK |
| TO ADD ONCE DEFAULT JUDGMENT IS ENTERED | | | |
| HDK Global | 20-06928-shl | 62,424 | Katten/Stretto |